# United States District Court
# For The Western District of North Carolina
# Asheville Division

**CIVIL CASE NO. 1:10cv115**

PATRICK LAYNE GRIFFIN,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/16/2010 Memorandum of Decision and Order.

The Judgment is entered in favor of and payable to the Plaintiff and against the Defendant in the amount of $781.54 for attorney's fees and expenses awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The Plaintiff is further awarded $350.00 in costs, to be certified by the Office of the United States Attorney to the Department of Treasury for payment from the Judgment Fund.

                                    Signed: December 16, 2010

                                      Frank G. Johns, Clerk
                                      United States District Court